EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br><br>Yanira Santiago Santiago | 2010 TSPR 107<br><br>179 DPR _____ |

Número del Caso: TS-16,390


Fecha: 4 de junio de 2010


Colegio de Abogados de Puerto Rico:

      Lcdo. Israel Pacheco Acevedo


Materia: Conducta Profesional
      (La suspensión de la notaría será efectiva una vez
      advenga final y firme la Resolución conforme la
      Regla 45 del Reglamento del Tribunal Supremo sobre
      reconsideración)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Yanira Santiago Santiago                TS-16,390

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de junio de 2010.

Mediante Resolución de 25 de enero de 2010 le concedimos un término a la Lcda. Yanira Santiago Santiago para que mostrara causa por la cual no debía ser suspendida del ejercicio de la notaría por tener al descubierto su fianza notarial.

Transcurrido el término concedido, y en vista de que la notario no ha contestado nuestros requerimientos, se le suspende del ejercicio de la notaría por no tener al día su fianza notarial.

Se ordena al Alguacil de este Tribunal que proceda inmediatamente a incautar la obra notarial de la abogada.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez y la Jueza Asociada señora Pabón Charneco no intervinieron.


                          Aida Ileana Oquendo Graulau
                          Secretaria del Tribunal Supremo